JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLY HABER, | Case No. CV 14-9566- MWF (MANx) |
| Plaintiff, | **JUDGMENT AFTER TRIAL** |
| v. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
| Defendant. | |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law that Plaintiff Orly Haber was not eligible for continued benefits under the long-term disability benefit plan established by her former employer, Neiman Marcus Group, Inc., and that Defendant Reliance Standard Life Insurance Company was entitled to have judgment entered in its favor. (Docket No. 30). Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits be entered as follows:

-2-

1. Judgment is in favor of Defendant Reliance Standard Life Insurance Company, and Plaintiff Orly Haber shall take nothing by way of her complaint; and
2. Defendant Reliance Standard Life Insurance Company is awarded its costs as provided by law.

Dated:  August 4, 2016

_____
MICHAEL W. FITZGERALD
United States District Judge